1  HAROLD H. DAVIS, JR. (SBN 235552)
   harold.davis@klgates.com
2  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
3  San Francisco, California 94111
   Tel:  (415)882-8200
4  Fax:  (415)882-8220

5  Attorneys for Defendants CYBERLINK CORP.,
   PERFECT CORP. (CALIFORNIA), PERFECT
6  CORP. (CAYMAN ISLANDS)

7  Otto O. Lee, CA Bar No. 173987
   olee@iplg.com
8  Kevin Viau, CA Bar No. 275556
   kviau@iplg.com
9  Bonnie J. Wolf, CA Bar No. 284872
   bonniewolf@iplg.com
10 INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, 12th Floor
11 San Jose, California 95113
   Tel: (408) 286-8933
12 Fax: (408) 286-8932

13 Attorneys for Plaintiff ARCSOFT INC.

14

15                UNITED STATES DISTRICT COURT

16                NORTHERN DISTRICT OF CALIFORNIA

17                      SAN JOSE DIVISION

18 | ARCSOFT INC.,                          | Case No.    5:15-cv-03707-~~PSG~~ WHO
19 |         Plaintiff,                     | **STIPULATION TO CHANGE TIME OF BRIEFING SCHEDULE, HEARING ON ARCSOFT'S PRELIMINARY INJUNCTION MOTION, AND DATE FOR DEFENDANTS' RESPONSE TO COMPLAINT, AND RE: DEFENDANTS' ACCEPTANCE OF SERVICE OF PROCESS; ~~[PROPOSED]~~ ORDER**
20 |   v.                                   |
21 | CYBERLINK CORP., a Taiwan, R.O.C. corporation, PERFECT CORP., a California corporation, and PERFECT CORP., a Cayman Islands corporation, |
22 |                                        |
23 |         Defendants.                    |
24

**STIPULATION AND ~~[PROPOSED]~~ ORDER**
**CASE NO.: 5:15-CV-03707-PSG**

**STIPULATION**

Per L. R. 6-2 and 7-12, Plaintiff Arcsoft Inc. ("Arcsoft") and defendants Cyberlink Corp., Perfect Corp. (California), and Perfect Corp. (Cayman Islands) (collectively "Defendants" and, together with Arcsoft, the "Parties") hereby stipulate and agree, subject to the approval of the Court, and jointly submit this Stipulation as follows:

1. Arcsoft filed its Complaint against Defendants on August 13, 2015.

2. Arcsoft filed a Motion for Preliminary Injunction [Dkt. # 10-16] and supporting materials on September 1, 2015.

3. Arcsoft served the Summons, Complaint and the moving papers filed in support of Arcsoft's Motion for Preliminary Injunction (collectively, "Plaintiff's Pleadings") on Defendant Perfect Corp. (California) on September 2, 2015. Arcsoft has not yet served the foreign based defendants, Cyberlink Corp. or Perfect Corp. (Cayman Islands) (collectively, the "Foreign Defendants").

4. Acting by and through their authorized counsel-of-record herein as captioned above, Defendants have agreed to accept service of Plaintiff's Pleadings in exchange for moving certain deadlines.

5. In exchange for Defendants accepting service as stated above, the Parties have mutually agreed that (a) the deadline for Defendants to answer, move, or otherwise respond to the Complaint under the Federal Rules of Civil Procedure would be November 10, 2015, and (b) the deadline for Defendants to file their opposition to Arcsoft's Motion for Preliminary Injunction shall be moved from September 15, 2015 to November 10, 2015.

6. In the interest of judicial economy, Defendants also stipulate not to file any motion to dismiss the Complaint before November 10, 2015 nor one with a hearing before December 8, 2015 or

any later hearing on Arcsoft's Motion for Preliminary Injunction. Defendants further stipulate and agree that they shall be subject to personal jurisdiction in this Court in this action.

7. The Parties further stipulate that the deadline for Arcsoft to file its reply brief in support of its motion for Preliminary Injunction shall be moved from September 22, 2015 to November 24, 2015.

8. The Parties also agree and request of the Court that, in light of the above-stipulated extensions on the briefing schedule, the hearing on Arcsoft's motion for preliminary injunction be rescheduled from October 6, 2015 to December 8, 2015 or thereafter as appropriate with the Court's calendar.

9. The Parties submit that the above-referenced extensions will allow sufficient time for the Defendants to adequately respond to the Complaint and the Motion for Preliminary Injunction, in light of the foreign residence of two defendants, the fact that Defendants' counsel will be out of the country during the currently scheduled hearing date on the motion for preliminary injunction, and due to the allegations and issues presented by Arcsoft's filings.

10. None of the Parties have previously requested any change to any deadline in this case.

11. This request affects only the hearing date for the preliminary injunction and the briefing schedule on that motion. It does not affect any other dates currently scheduled by the Court.

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

a. Defendants have agreed to accept service of Plaintiff's Pleadings through their authorized counsel-of-record as listed above.

b. Defendants have agreed not to file any motion to dismiss the Complaint before November 10, 2015 nor one with a hearing before December 8, 2015 or any later

1  hearing on Arcsoft's Motion for Preliminary Injunction. Defendants have agreed that they shall be subject to personal jurisdiction in this Court in this action.

c. Defendants' time to answer, move, or otherwise respond to Arcsoft's Complaint and Motion for a Preliminary Injunction is moved to on or before November 10, 2015.

d. Arcsoft's time to file a reply brief in support of its Motion for a Preliminary Injunction is moved to on or before November 24, 2015.

e. The hearing on Arcsoft's Motion for a Preliminary Injunction, if any, will occur on or after December 8, 2015.

///

3

**STIPULATION AND [PROPOSED] ORDER**
**CASE NO.: 5:15-CV-03707-PSG**

IT IS SO STIPULATED AND AGREED.

Dated: September 11, 2015                                    Respectfully submitted,

/s/ Otto O. Lee                                              /s/ Harold H. Davis
Otto O. Lee                                                  Harold H. Davis
olee@iplg.com                                                harold.davis@klgates.com
Kevin Viau                                                   K&L GATES LLP
kviau@iplg.com                                               4 Embarcadero Center, Suite 1200
Bonnie J. Wolf                                               San Francisco, CA 94111
bonniewolf@iplg.com                                          Tel: (415) 882-8200
INTELLECTUAL PROPERTY LAW GROUP LLP                          Fax: (415) 882-8220
12 South First Street, 12th Floor
San Jose, California 95113                                   *Attorneys for Defendants Cyberlink Corp.,*
Tel: (408) 286-8933                                          *Perfect Corp. (California), Perfect Corp.*
Fax: (408) 286-8932                                          *(Cayman Islands)*

*Attorneys for Arcsoft Inc.*

### SIGNATURE ATTESTATION

I hereby attest pursuant to Civil Local Rule 5.1 that concurrence in the electronic filing of this document has been obtained from the other signatory.

Dated:  September 11, 2015                                   /s/ Otto O. Lee
                                                             Otto O. Lee

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Hearing on Motion to Dismiss is set for December 9, 2015 at 2:00 p.m.

DATED:  September 15, 2015                                   _____
                                                             The Honorable William H. Orrick
                                                             Judge of the U.S. District Court

4