1  HAROLD H. DAVIS, JR. (SBN 235552)
   harold.davis@klgates.com
2  SHARONI S. FINKELSTEIN (SBN 271829)
   sharoni.finkelstein@klgates.com
3  SETH A. GOLD (SBN 163220)
   seth.gold@klgates.com
4  CHRISTINA N. GOODRICH (SBN 261722)
   christina.goodrich@klgates.com
5  **K&L GATES LLP**
   Four Embarcadero Center, Suite 1200
6  San Francisco, California 94111
   Tel:  (415) 882-8200
7  Fax:  (415) 882-8220

8  Attorneys for Defendants CYBERLINK CORP.,
   PERFECT CORP. (CALIFORNIA), PERFECT
9  CORP. (CAYMAN ISLANDS)

10 Otto O. Lee, CA Bar No. 173987
   olee@iplg.com
11 Kevin Viau, CA Bar No. 275556
   kviau@iplg.com
12 Bonnie J. Wolf, CA Bar No. 284872
   bonniewolf@iplg.com
13 INTELLECTUAL PROPERTY LAW GROUP LLP
   12 South First Street, 12th Floor
14 San Jose, California 95113
   Tel: (408) 286-8933
15 Fax: (408) 286-8932

16 Attorneys for Plaintiff ARCSOFT INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ARCSOFT INC., | Case No.  15-CV-03707-WHO |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO FILE REPLY RE: ARCSOFT'S PRELIMINARY INJUNCTION MOTION; [PROPOSED] ORDER** |
| vs. | |
| CYBERLINK CORP., a Taiwan, R.O.C. corporation, PERFECT CORP., a California corporation, and PERFECT CORP., a Cayman Islands corporation, | |
| Defendants. | |

# **STIPULATION**

Per L. R. 6-2 and 7-12, Plaintiff Arcsoft Inc. ("Arcsoft") and Defendants Cyberlink Corp., Perfect Corp. (California), and Perfect Corp. (Cayman Islands) (collectively "Defendants" and, together with Arcsoft, the "Parties") hereby stipulate and agree, subject to the approval of the Court, and jointly submit this Stipulation as follows:

1. On September 1, 2015, Arcsoft filed its Motion for Preliminary Injunction [Dkt. # 10-16] and supporting materials (collectively, the "Motion").

2. The Parties previously stipulated, and the Court ordered, that Defendants' deadline to file an opposition to the Motion would be extended from September 15, 2015 to November 10, 2015.

3. Pursuant thereto, Defendants filed their opposition to the Motion along with numerous supporting papers on November 10, 2015, rendering Arcsoft's reply papers due November 24, 2015.

4. Arcsoft's senior attorney, Otto O. Lee, Esq., is presently out of the country on business and personal affairs, and will not be returning to work in the United States until November 23, 2015.

5. On November 16, 2015, the Court postponed the hearing on Arcsoft's Motion from December 9, 2015 to December 16, 2015.

6. Given the foregoing and in consideration of the upcoming Thanksgiving holiday, the Parties have agreed and hereby stipulate that the deadline for Arcsoft to file its reply brief in support of its Motion for Preliminary Injunction shall be moved from November 24, 2015 to December 1, 2015.

7. This is Arcsoft's first request for an extension regarding the filing of its reply brief. The stipulated extension shall not affect any other case date or deadline, including the December 16, 2015 hearing of Arcsoft's Motion – Arcsoft's reply is to be filed 15 days prior to said hearing, which accords with ordinary motion scheduling under L.R. 7.

Now, therefore, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

A.  Arcsoft's time to file a reply brief in support of its Motion for a Preliminary Injunction is moved to on or before December 1, 2015.

IT IS SO STIPULATED AND AGREED.

Dated: November 17, 2015                                  Respectfully submitted,


*/s/ Kevin Viau*                                          */s/ Harold H. Davis*
Otto O. Lee                                               Harold H. Davis
Kevin Viau                                                Sharoni S. Finkelstein
Bonnie J. Wolf                                            Seth A. Gold
INTELLECTUAL PROPERTY LAW GROUP LLP                       Christina N. Goodrich
12 South First Street, 12th Floor                         K&L GATES LLP
San Jose, California 95113                                4 Embarcadero Center, Suite 1200
Tel: (408) 286-8933                                       San Francisco, CA 94111
Fax: (408) 286-8932                                       Tel: (415) 882-8200
                                                          Fax: (415) 882-8220
*Attorneys for Plaintiff Arcsoft Inc.*
                                                          *Attorneys for Defendants Cyberlink Corp.,
                                                          Perfect Corp. (California), Perfect Corp.
                                                          (Cayman Islands)*


### **SIGNATURE ATTESTATION**

I hereby attest pursuant to Civil Local Rule 5.1 that concurrence in the electronic filing of this document has been obtained from the other signatory.

Dated:  November 17, 2015                                 */s/ Kevin Viau*
                                                          Kevin Viau

2

[PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  November ___, 2015

_____
The Honorable William H. Orrick
Judge of the U.S. District Court

3

**STIPULATION AND [PROPOSED] ORDER
CASE NO.: 15-CV-03707-WHO**