UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| Date: December 16, 2015 | Time: 38 minutes<br>3:03 p.m. to 3:41 | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 15-cv-03707-WHO | Case Name: ArcSoft, Inc. v. CyberLink Corp. | |

**Attorneys for Plaintiff:** Isaac Winer, Kevin Viau and Bonnie Wolf
**Attorneys for Defendant:** Harold N. Davis, Seth Gold, and Sharoni Finkelstein

**Deputy Clerk:** Jean Davis                                  **Court Reporter:** FTR Recording


PROCEEDINGS

Parties heard as to motion to dismiss and motion for preliminary injunction. The motion for preliminary injunction is denied. The motion to dismiss will be granted with leave to amend within thirty days (written order to follow). A trial date is set, along with a limited case management schedule. The parties may set the remainder of the case management schedule via stipulation. The parties are directed to focus preliminary discovery efforts on those issues essential to a successful mediation. The parties have agreed upon private mediation, which should be completed within 90 days.

**Further Case Management Conference set for June 20, 2016 at 2:00 p.m.**

**PRETRIAL SCHEDULE:**

**Deadline to amend/add parties:**       April 28, 2016
**Dispositive Motions heard by:**         February 15, 2017
**Pretrial Conference:**                         April 24, 2017 at 2:00 p.m.
**Trial:**                                                  May 15, 2017 at 8;30 a.m. by Jury