1  Harold H. Davis, Jr. (SBN 235552)
   *harold.davis@klgates.com*
2  Rachel E. Burnim (SBN 292952)
   *rachel.burnim@klgates.com*
3  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
4  San Francisco, California 94111
   Telephone: 415.882.8200
5  Facsimile: 412.882.8220

6  Seth A. Gold (SBN 163220)
   *seth.gold@klgates.com*
7  Christina N. Goodrich (SBN 261722)
   *christina.goodrich@klgates.com*
8  K&L GATES LLP
   10100 Santa Monica Boulevard, 8th Floor
9  Los Angeles, California 90067
   Telephone: 310.552.5000
10 Facsimile: 310.552.5001

11 Attorneys for Defendants CyberLink Corp.,
   Perfect Corp., and Perfect Corp.

Otto O. Lee, CA Bar No. 173987
*olee@iplg.com*
Kevin Viau, CA Bar No. 275556
*kviau@iplg.com*
Bonnie J. Wolf, CA Bar No. 284872
*bonniewolf@iplg.com*
INTELLECTUAL PROPERTY LAW GROUP LLP
12 South First Street, 12th Floor
San Jose, California 95113
Tel: (408) 286-8933
Fax: (408) 286-8932

Attorneys for Plaintiff ARCSOFT, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARCSOFT, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CYBERLINK CORP., a Taiwan, R.O.C. corporation, PERFECT CORP., a California corporation, and PERFECT CORP., a Cayman Islands corporation,<br><br>　　　　Defendants. | Case No.: 3:15-cv-03707-WHO<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

1  WHEREAS, Plaintiff ArcSoft, Inc. filed its Amended Complaint on January 15, 2016;

2  WHEREAS, Plaintiff and Defendants, CyberLink Corp., Perfect Corp. (CA), and Perfect
3  Corp. (CI), settled this matter on or about May 25, 2016;

4  NOW, THEREFORE, Plaintiff hereby gives notice of dismissal of all of Plaintiff's claims for
5  relief against Defendants with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Plaintiff and
6  Defendants, through their attorneys of record, hereby stipulate to the dismissal, and agree that each
7  party is to bear its own attorneys' fees, expenses and costs.

Dated: June 9, 2016                               Respectfully submitted,

By: */s/ Harold H. Davis, Jr.*
    Harold H. Davis, Jr.
    Seth A. Gold
    Christina N. Goodrich
    Rachel E. Burnim
    K&L Gates LLP
    4 Embarcadero Center, Suite 1200
    San Francisco, CA 94111
    Tel: (415) 882-8200
    Fax: (415) 882-8220

    Attorneys for Defendants CyberLink Corp.,
    Perfect Corp. (California), and Perfect Corp.
    (Cayman Islands)

Dated: June 9, 2016                               By: */s/ Otto O. Lee*
    Otto O. Lee, Esq.
    Kevin Viau, Esq.
    Bonnie J. Wolf, Esq.
    Intellectual Property Law Group LLP
    12 South First Street, 12th Floor
    San Jose, CA 95113
    Tel: (408) 286-8933
    Fax: (408) 286-8932

    Attorneys for Plaintiff ArcSoft, Inc.

### **SIGNATURE ATTESTATION**

I hereby attest pursuant to Civil Local Rule 5.1 that concurrence in the electronic filing of this document has been obtained from the other signatory.

Dated: June 9, 2016                               By: */s/ Otto O. Lee*
                                                      Otto O. Lee

Case No.: 3:15-cv-03707-WHO
STIPULATION OF DISMISSAL AND ORDER

# ORDER OF DISMISSAL

The above STIPULATION OF DISMISSAL is approved. The above-captioned action is dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: June 9, 2016                    By: _____
                                           Honorable William H. Orrick
                                           United States District Judge